IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LLOYD McCOG, | § | |
| | § | |
| Petitioner, | § | |
| | § | Civil Action No. 3:05-CV-2100-M |
| v. | § | |
| | § | |
| DOUGLAS DREKTE, Director | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |
| | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Jeff Kaplan made findings and a recommendation in this case. Petitioner and Respondent filed objections, and the District Court has made an independent review of those portions of the proposed findings and recommendation to which objection was made. The Court hereby grants Respondent's objections and denies Petitioner's objections, and the Court accepts the Findings and Recommendation of the Court with the exception of the correction on page 6, line 13 where the word "insufficient" should read "sufficient."

IT IS, THEREFORE, ORDERED that the Findings and Recommendation of the United States Magistrate Judge are accepted.

IT IS FURTHER ORDERED that, as to Petitioner's claim of ineffective assistance of counsel on appeal, Petitioner did not prove that appellant counsel's performance fell below an objective

standard of reasonableness or that the allegedly substandard performance prejudiced Petitioner. *Strickland v. Washington*, 466 U.S. 668 (1984).

SO ORDERED this 13th day of July, 2006.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE